**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

|  |  |  |
|---|---|---|
| NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND, <u>et al.</u>, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-0437 |
| TEXAS TIN SHOP, INCORPORATED, <u>et al.</u>, | ) ) ) | |
| Defendants. | ) ) | |

**<u>ORDER</u>**

This matter comes before the Court on Defendant Texas Air Duct Systems, Incorporated's Motion to Dismiss Complaint or in the Alternative to Transfer Venue. The Court finds that there is personal jurisdiction over this defendant pursuant to an alter ego theory as pled in the Amended Complaint. Furthermore, venue is proper in the Eastern District of Virginia and this Court, in its discretion, declines to transfer the matter to Texas. It is hereby

ORDERED Defendant's motion is DENIED.

/s/

_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 20, 2006